**Motion Denied as Moot; Petition for Writ of Mandamus Dismissed as Moot and Memorandum Opinion filed April 19, 2013.**



In The

# Fourteenth Court of Appeals

### NO. 14-13-00253-CV

## IN RE MARGARET DIANE STONE, Relator

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**387th District Court**
**Fort Bend County, Texas**
**Trial Court Cause No. 11-DCV-190152**

## MEMORANDUM OPINION

On March 27, 2013, relator filed a petition for writ of mandamus in this Court. *See* Tex. Gov't Code Ann. §22.221 (Vernon 2004); *see also* Tex. R. App. P. 52. In the petition, relator asks this Court to compel the Honorable Brenda Mullinix, presiding judge of the 387th District Court of Fort Bend County, to vacate her order signed March 20, 2013, disqualifying relator's attorney in the proceeding below. Relator also filed an emergency motion for stay.

On April 2, 2013, the trial court signed an amended order. Relator filed an amended petition and emergency motion that was assigned number 14-13-00311-CV in this court. Accordingly, in this cause, 14-13-00253-CV, the petition for writ of mandamus is ordered dismissed as moot. Further, the motion for emergency stay is denied as moot.

PER CURIAM


Panel consists of Justices Christopher, Jamison and McCally.